# AGREEMENT

1. The parties to this Agreement are the United States, by the United States Attorney for the Western District of Missouri, and John Broman, Renee Broman and Sandra Broman ("the Claimants"), represented by Robin Fowler, (together "the Parties").

2. The Parties stipulate that the Claimants filed claims in a nonjudicial administrative forfeiture proceeding with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on November 10, 2020 to the following property ("the property"):

| # | Description | Claimed by |
|---|---|---|
| 1 | Remington Arms Company, Inc. 11 Shotgun CAL:20 SN:1042260 | 1/3 interest by each of the three Claimants; owned by Family First, LLC[1] |
| 2 | Remington Arms Company, Inc. 11 Shotgun CAL:16 SN:1517079 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 3 | Remington Arms Company, Inc. 11 Shotgun CAL:12 SN:93925 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 4 | Meridian Firearms Co. Unknown Shotgun CAL:12 SN:74869 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 5 | Unknown Unknown Shotgun CAL:12 SN:34402 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 6 | IJA & CWKS Target Sealed 8 Revolver CAL:22 SN:N14288 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 7 | Remington Arms Company, Inc. 512 Rifle CAL:22 SN:None | 1/3 interest by each of the three Claimants; owned by Family First, LLC |

---

[1] Family First, LLC was doing business as 4 Bears Den gun store pursuant to Federal Firearms License (FFL) number 5-43-185-01-2M-13808.

| | | |
|---|---|---|
| 8 | Colt Unknown Revolver CAL:44-40 SN:297190 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 9 | Doubletap Defense, LLC Unknown Pistol CAL:45 SN:DA13452 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 10 | Kahr Arms - Auto Ordnance PM9 Pistol CAL:9 SN:1B3030 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 11 | Remington Arms Company, Inc. R51 Pistol CAL:9 SN:H010863R51 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 12 | Taurus International PT709 Pistol CAL:9 SN:TJU05936 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 13 | Smith & Wesson Pistol CAL 40 SN: FBE9101 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 14 | Smith & Wesson 442-1 Revolver CAL:38 SN:DMY5458 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 15 | Smith & Wesson 442-1 Revolver CAL:38 SN:DMZ8606 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 16 | Smith & Wesson M&P M2.0 Pistol CAL:40 SN:NBX4035 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 17 | Smith & Wesson 1442-1 Revolver CAL:38 SN:DMY5480 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 18 | Smith & Wesson SD40 Pistol CAL:40 SN:FBH1038 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 19 | Remington Arms Company, Inc. R51 Pistol CAL:9 SN:H010839R51 | 1/3 interest by each of the three Claimants; owned by Family First, LLC |
| 20 | Sig-Sauer P238 Pistol CAL:380 SN:27A025251 | John Broman |
| 21 | Remington Arms Company, Inc. 1911 Pistol CAL:45 SN:2397506 | John Broman |
| 22 | Thompson/Center Arms Co. Herrett Pistol CAL:357 SN:184198 | John Broman |

| | | |
|---|---|---|
| 23 | Winchester 94 Rifle CAL:30-30 SN:L53595 | John Broman |
| 24 | Winchester 1966 Centennial Rifle CAL:30-30 SN:48366 | John Broman |
| 25 | Browning 81BLR Rifle CAL:7 SN:11237NZ327 | John Broman |
| 26 | Winchester 1906 Rifle CAL:22 SN:375736 | John Broman |
| 27 | Browning BPS Shotgun CAL:12 SN:34645MM121 | John Broman |
| 28 | Winchester 88 Rifle CAL:308 SN:H252529 | John Broman |
| 29 | Remington Arms Company, Inc. MP12 Rifle CAL:22 SN:199993 | John Broman |
| 30 | Springfield Firearms Corporation 83 Rifle CAL:22 SN:None | John Broman |
| 31 | Browning 8 Rifle CAL:22 SN:5T20075 | John Broman |
| 32 | Winchester 06 Rifle CAL:22 SN:765603 | John Broman |
| 33 | Remington Arms Company, Inc. 550-1 Rifle CAL:22 SN:None | John Broman |
| 34 | Winchester 50 Shotgun CAL:20 SN:147223 | John Broman |
| 35 | Henry Repeating Rifle Company Unknown Rifle CAL:22 SN:T36063H | John Broman |
| 36 | Marlin Firearms Co. 1894CB Rifle CAL:45 SN:04040787 | John Broman |
| 37 | Remington Arms Company, Inc. 760 Rifle CAL:30-06 SN:534395 | John Broman |
| 38 | U.S.A. Military Surplus 1903 Rifle CAL:30-06 SN:375710 | John Broman |
| 39 | Norinco (North China Industries) SKS Rifle CAL:762 SN:526924 | John Broman |
| 40 | Universal Firearms Corp. M1 Rifle CAL:30 SN:383511 | John Broman |
| 41 | DPMS Inc. (Defense Procurement Mfg. Services) A15 Rifle CAL:223 SN:F213755 | John Broman |
| 42 | Olympic Arms Inc (SGW Enterprises & Safari Arms) PCR-99 Rifle CAL:223 SN:9610 | John Broman |
| 43 | Savage Axis Rifle CAL:22 SN:1556082 | John Broman |

| 44 | Anderson Manufacturing AM-15 Rifle CAL:Multi SN:19339205 | John Broman |
|---|---|---|
| 45 | Winchester 70 Rifle CAL:308 SN:G3032503 | John Broman |
| 46 | Taurus International Unknown Revolver CAL:327 SN:CR53492 | John Broman |
| 47 | U.S.A. Military Surplus 1917 Rifle CAL:30-06 SN:1213370 | John Broman |
| 48 | Winchester 1400 Shotgun CAL:12 SN:195441 | John Broman |
| 49 | Ruger LCP Pistol CAL:380 SN:371855914 | Renee Broman |
| 50 | Auto Ordnance West Hurley, NY Unknown Rifle CAL:Unknown SN:KT1341 | Renee Broman |
| 51 | High Standard Derringer Pistol CAL:22 SN:2468732 | Renee Broman |
| 52 | Fie Titan Pistol CAL:25 SN:A56644 | Renee Broman |
| 53 | Colt 01-091 Pistol CAL:45 SN:CU38184 | Renee Broman |
| 54 | Bersa Thunder 380 Pistol CAL:380 SN:H31095 | Renee Broman |
| 55 | Remington Arms Company, Inc. 1100 Shotgun CAL:20 SN:L973606K | Sandra Broman |
| 56 | Mossberg 500 Shotgun CAL:410 SN:U371755 | Sandra Broman |
| 57 | Ithaca Gun Co. 37R Shotgun CAL:12 SN:1849982 | Sandra Broman |
| 58 | Winchester 1400 Shotgun CAL:12 SN:N466651L | Sandra Broman |
| 59 | Stoeger Arms 3000 Shotgun CAL:12 SN:1418912 | Sandra Broman |
| 60 | Ithaca Gun Co. 37 Shotgun CAL:20 SN:1032472 | Sandra Broman |
| 61 | Ithaca Gun Co. 37 Shotgun CAL:16 SN:365376 | Sandra Broman |
| 62 | Remington Arms Company, Inc. 16 Rifle CAL:22 SN:423977 | Sandra Broman |

3. The Parties stipulate that, under 18 U.S.C. § 983(a)(3)(A)-(C), the deadline for the United States to file a complaint for forfeiture against the property

4

Case 4:21-cv-00073-SRB   Document 1-1   Filed 02/05/21   Page 4 of 6

and/or to obtain an indictment alleging that the property is subject to forfeiture currently is February 8, 2021.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the Parties agree to extend the time in which the United States is required to initiate judicial forfeiture alleging that the property is subject to forfeiture, in order that the Parties may have a reasonable and sufficient period in which to evaluate their respective interests in and positions regarding the property.

5. The Claimants knowingly, intelligently and voluntarily give up any right they may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to initiate judicial forfeiture by February 8, 2021 and any right they may have to seek dismissal judicial forfeiture on the ground that it was not filed or returned on or before February 8, 2021.

6. The Parties agree that the deadline by which the United States shall be required to initiate judicial forfeiture shall be extended from February 8, 2021 up to and including March 8, 2021.

7. The Claimants agree that until the United States files a complaint for forfeiture against the property and/or obtains an indictment alleging that the property is subject to forfeiture initiates judicial forfeiture or until March 8, 2021, whichever occurs first, the property shall remain in the custody of the United States and the Claimants shall not seek its return for any reason in any manner.

8. The Parties agree to execute and file the attached Joint Motion to Extend Time To Initiate Judicial Forfeiture.

                                                        Timothy A. Garrison
                                                        United States Attorney

02/05/2021                                     */s/ Mary Kate Butterfield*
Date                                                          Mary Kate Butterfield
                                                         Assistant United States Attorney

2/5/21                                             */s/ Robin Fowler*
Date                                                         Robin Fowler
                                                         Counsel for Claimants