IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Remington Arms Company, Inc. 11 Shotgun CAL:20 SN: 1042260;<br><br>Remington Arms Company, Inc. 11 Shotgun CAL:16 SN: 1517079;<br><br>Remington Arms Company, Inc. 11 Shotgun CAL:12 SN: 93925;<br><br>Meridian Firearms Co. Unknown Shotgun CAL:12 SN: 74869;<br><br>Unknown Shotgun CAL:12 SN: 34402;<br><br>IJA & CWKS Target Sealed 8 Revolver CAL:22 SN: N14288;<br><br>Remington Arms Company, Inc. 512 Rifle CAL:22 SN:None;<br><br>Colt Unknown Revolver CAL:44-40 SN:297190;<br><br>Doubletap Defense, LLC Unknown Pistol CAL:45 SN:DA13452;<br><br>Kahr Arms - Auto Ordnance PM9 Pistol CAL:9 SN:1B3030;<br><br>Remington Arms Company, Inc. R51 Pistol CAL:9 SN:H010863R51; | Case No. 21-00073-CV-W-SRB |

Taurus International PT709 Pistol CAL:9 SN:TJU05936;

Smith & Wesson Pistol CAL 40 SN: FBE9101;

Smith & Wesson 442-1 Revolver CAL:38 SN: DMY5458;

Smith & Wesson 442-1 Revolver CAL:38 SN: DMZ8606;

Smith & Wesson M&P M2.0 Pistol CAL:40 SN: NBX4035;

Smith & Wesson 1442-1 Revolver CAL:38 SN:DMY5480;

Smith & Wesson SD40 Pistol CAL:40 SN:FBH1038;

Remington Arms Company, Inc. R51 Pistol CAL:9 SN:H010839R51;

Sig-Sauer P238 Pistol CAL:380 SN:27A025251;

Remington Arms Company, Inc. 1911 Pistol CAL:45 SN:2397506;

Thompson/Center Arms Co. Herrett Pistol CAL:357 SN:184198;

Winchester 94 Rifle CAL:30-30 SN:L53595;

Winchester 1966 Centennial Rifle CAL:30-30 SN:48366;

Browning 81BLR Rifle CAL:7 SN:11237NZ327;

Winchester 1906 Rifle CAL:22 SN:375736;

Browning BPS Shotgun CAL:12 SN:34645MM121;

Winchester 88 Rifle CAL:308 SN:H252529;

Remington Arms Company, Inc. MP12 Rifle CAL:22 SN:199993;

Springfield Firearms Corporation 83 Rifle CAL:22 SN:None;

Browning 8 Rifle CAL:22 SN:5T20075;

Winchester 06 Rifle CAL:22 SN:765603;

Remington Arms Company, Inc. 550-1 Rifle CAL:22 SN:None;

Winchester 50 Shotgun CAL:20 SN:147223;

Henry Repeating Rifle Company Unknown Rifle CAL:22 SN:T36063H;

Marlin Firearms Co. 1894CB Rifle CAL:45 SN:04040787;

Remington Arms Company, Inc. 760 Rifle CAL:30-06 SN:534395;

U.S.A. Military Surplus 1903 Rifle CAL:30-06 SN:375710;

Norinco (North China Industries) SKS Rifle CAL:762 SN:526924;

Universal Firearms Corp. M1 Rifle CAL:30 SN:383511;

DPMS Inc. (Defense Procurement Mfg. Services) A15 Rifle CAL:223 SN:F213755;

Olympic Arms Inc (SGW Enterprises & Safari Arms) PCR-99 Rifle CAL:223 SN:9610;

Savage Axis Rifle CAL:22 SN:1556082;

Anderson Manufacturing AM-15 Rifle CAL:Multi SN:19339205;

Winchester 70 Rifle CAL:308 SN:G3032503;

Taurus International Unknown Revolver CAL:327 SN:CR53492;

U.S.A. Military Surplus 1917 Rifle CAL:30-06 SN:1213370;

Winchester 1400 Shotgun CAL:12 SN:195441;

Ruger LCP Pistol CAL:380 SN:371855914;

Auto Ordnance West Hurley, NY Unknown Rifle CAL:Unknown SN:KT1341;

High Standard Derringer Pistol CAL:22 SN:2468732;

Fie Titan Pistol CAL:25 SN:A56644;

Colt 01-091 Pistol CAL:45 SN:CU38184;

Bersa Thunder 380 Pistol CAL:380 SN:H31095;

Remington Arms Company, Inc. 1100 Shotgun CAL:20 SN:L973606K;

Mossberg 500 Shotgun CAL:410 SN:U371755;

Ithaca Gun Co. 37R Shotgun CAL:12 SN:1849982;

Winchester 1400 Shotgun CAL:12 SN:N466651L;

Stoeger Arms 3000 Shotgun CAL:12 SN:1418912;

Ithaca Gun Co. 37 Shotgun CAL:20 SN:1032472;

Ithaca Gun Co. 37 Shotgun CAL:16 SN:365376; and

Remington Arms Company, Inc. 16 Rifle CAL:22 SN:423977,

        Defendants.

## STATUS REPORT

On February 8, 2021, upon joint motion of the parties, the Court granted an order extending United States' time to initiate judicial forfeiture of the above-named defendant firearms. The order extended the time in which the United States is required to initiate judicial forfeiture proceedings to March 8, 2021.

The United States and claimants John Broman, Renee Broman, and Sandra Broman, through their attorney Robin Fowler, have reached an agreement for their full and complete resolution and interests and claims to the above-referenced firearms.

Therefore, a judicial forfeiture action is no longer necessary in this matter.

        Respectfully submitted,

        Teresa A. Moore
        Acting United States Attorney

By    */s/ Mary Kate Butterfield*
        Mary Kate Butterfield
        Assistant United States Attorney
        400 E. 9th Street, Fifth Floor
        Kansas City, Missouri 64106
        Telephone: (816) 426-3122
        E-mail: Mary.Kate.Butterfield@usdoj.gov